UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CEDRIC GREENE, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:19-CV-1282-B |
| ) | |
| PACIFIC SHORE PROPERTY ) | |
| MANAGEMENT, INC., et al., ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed without prejudice for improper venue.

**The plaintiff is warned that if he files additional suits in this court for which venue is improper or jurisdiction is lacking, he will be subject to sanctions that may include filing restrictions and monetary sanctions.**

SIGNED this 8th day of July, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE