UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CEDRIC GREENE,          ) | |
|          Plaintiff,      ) | |
| vs.                      ) | No. 3:19-CV-1282-B |
|                          ) | |
| PACIFIC SHORE PROPERTY   ) | |
| MANAGEMENT, INC., et al.,) | |
|          Defendants.     ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  *Plaintiff's Pro Se Motion to Reinstate or Refile Civil Case Matters*, filed August 3, 2020 (doc. 23), is construed as seeking relief under Fed. R. Civ. P. 60(b) and **DENIED**, and leave to re-file this case is **DENIED**.

SIGNED this 20th day of August, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE